FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2018 DEC -3 AM 8:39

DISTRICT OF UTAH
DEPUTY CLERK

Certificate Number: 12459-UT-CC-031977109

12459-UT-CC-031977109

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 2, 2018, at 8:24 o'clock PM PST, Gary Monson received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Utah, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   December 2, 2018            By:     /s/Danell Rios-Schmehl

                                    Name:   Danell Rios-Schmehl

                                    Title:  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).